# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| LACOLE HERRON, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CIV-19-778-PRW |
| WATSON'S OF OKLAHOMA CITY INC. d/b/a Family Leisure of Oklahoma City, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Watson's of Oklahoma City, Inc.'s Partial Motion to Dismiss and Brief in Support (Dkt. 7) filed September 3, 2019. On September 26, 2019, Plaintiff filed an Amended Complaint (Dkt. 14). Because an amended complaint has been filed, the Court finds Defendant's Motion to Dismiss (Dkt. 7) is now **MOOT**.[1]

**IT IS SO ORDERED this 27th day of September, 2019.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *Mink v. Suthers,* 482 F.3d 1244, 1254 (10th Cir. 2007); *Sellers v. Holcomb*, No. 5:06-cv-01249-R, 2007 WL 4232712, at *1 (W.D. Okla. Nov. 28, 2007).